**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-1321**

───────────────

ELLIOTT ROY BROWN,

Plaintiff - Appellant,

versus

CIRCUIT COURT OF FAIRFAX COUNTY; SECRETARY OF
THE AIR FORCE; WILNET ASHLEY BROWN,

Defendants - Appellees,

and

JACK B. STEVENS, Judge,

Defendant.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge. (CA-01-1484-A)

───────────────

Submitted: May 29, 2003          Decided: June 3, 2003

───────────────

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Elliott Roy Brown, Appellant Pro Se.  James Christian Stuchell,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elliot R. Brown appeals from the district court's denial his motions to reconsider the district court's December 13, 2001 order dismissing his state law claims for declaratory relief, accounting, and restitution. We affirmed the district court's December 13, 2001 order on appeal. See Brown v. Circuit Court of Fairfax County, No. 02-1468, 2002 WL 1760769 (4th Cir. July 31, 2002) (unpublished) (per curiam). Because we have already affirmed the district court's disposition of his case, Brown's further attacks on that order are barred by principles of res judicata. Accordingly, we affirm the district court's orders. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2